US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 0 5 2016
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVIS MULLIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

VS.   CASE NO. 16-2191 PKH

LINDA BILBY and
GLAZIER TRUCKING, INC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFENDANT

## NOTICE OF REMOVAL AND JURY DEMAND

Pursuant to 28 U.S.C. §§ 1441 and 1446, Separate Defendant, Glazier Trucking, Inc. (hereinafter referred to as "Separate Defendant Glazier") and Separate Defendant Linda Bilby (hereinafter referred to as "Separate Defendant Bilby") (collectively "Defendants") hereby file this Notice of Removal of this case from the Circuit Court of Crawford County, Arkansas, and Defendants' short and plain statement of the grounds for Removal is as follows:

1. On July 7, 2016, Plaintiff filed his Complaint in the Circuit Court of Crawford County, Arkansas. The Complaint was served on Separate Defendant Glazier by serving its registered agent on or about July 11, 2016, and served on Separate Defendant Bilby on July 15, 2016. As required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and orders served upon each such defendant" are attached as Exhibit A.

2. Separate Defendant Glazier is an Oklahoma corporation with its principal place of business in Kiefer, Oklahoma.

3. Separate Defendant Bilby is a resident and citizen of the State of Kansas.

4. Any civil action filed in state court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a). This lawsuit arises out of an alleged

accident in which Plaintiff alleges negligence and claims damages in excess of the jurisdictional limit. See Exhibit A, Complaint.

5. This matter is removable because this Court has original subject matter jurisdiction on diversity grounds pursuant to 28 U.S.C. § 1332(a)(1) and (2).

### A. The Matter Is Between Citizens Of Different States.

6. Complete diversity of citizenship exists between Plaintiff and Separate Defendants Glazier and Bilby.

7. Plaintiff, Travis Mullis is a resident and citizen of the State of Arkansas. See Exhibit A, Complaint.

8. Separate Defendant Glazier is an Oklahoma corporation with its principal place of business in Kiefer, Oklahoma. Separate Defendant Glazier is not a citizen of the State of Arkansas. 28 U.S.C. § 1332(c)(1).

9. Separate Defendant Bilby is a citizen and resident of the State of Kansas.

### B. Notice Of Removal Was Filed Within The 30-Day Limit Required By 28 U.S.C. § 1446(b) And All Procedural Requirements Have Been Met.

10. Plaintiff's Complaint was filed on July 7, 2016, and Separate Defendant Glazier was served with and received Plaintiff's Complaint through its registered agent on or about July 11, 2016. Separate Defendant Bilby was served on or about July 15, 2016.

11. This notice was timely filed within 30 days of Defendants' receipt of the Complaint, as required by 28 U.S.C. §1446(b), for timely removal.

12. Pursuant to 28 U.S.C. §1446(b)(2)(A), Separate Defendant Glazier consents to removal of this action to the U.S. District Court for the Western District of Arkansas.

13. Pursuant to 28 U.S.C. §1446(b)(2)(A), Separate Defendant Bilby consents to removal of this action to the U.S. District Court for the Western District of Arkansas.

14. Defendants have complied with all applicable requirements and procedures for removal set forth in 28 U.S.C. § 1446, and Defendants are hereby giving prompt notice of this Removal to Plaintiff and the Circuit Court of Crawford County, Arkansas by filing a copy of this Notice of Removal with the Circuit Court.

### C. The Amount In Controversy Exceeds $75,000.00, Exclusive Of Interests and Costs, As Required by 28 U.S.C. § 1332(a).

15. The amount in controversy in this case exceeds $75,000.00, satisfying the requirements of 28 U.S.C. § 1332(a). *See Haynes v. Louisville Ladder Group, LLC*, 341 F.Supp.2d 1064, 1067-68 (E.D. Ark. 2004) (stating that "the [Arkansas Supreme Court] made clear . . . that [Arkansas] does not prevent a Plaintiff who seeks an unspecified amount in liquidated damages from recovering in excess of the jurisdictional minimum trial").

16. Pursuant to the provisions of 28 U.S.C. §1441(a), the United States District Court for the Western District of Arkansas is the federal district court for the district embracing the place where the state court suit is pending.

17. This Court has original jurisdiction of this matter on the basis of diversity, and removal to this Court is proper. 28 U.S.C. § 1332.

### DEMAND FOR A JURY TRIAL

18. Separate Defendants Glazier and Bilby demand a trial by jury on all issues triable by a jury herein.

GLAZIER TRUCKING, INC. and LINDA BILBY, Defendants

EVERETT WALES & COMSTOCK
1944 E. Joyce Blvd.
P.O. Box 8370
Fayetteville, Arkansas 72703
Telephone: (479) 443-0292
Fax: (479) 443-0564

By: *Christy Comstock*
Christy Comstock
Bar No. 92246
Christy@everettfirm.com

## CERTIFICATE OF SERVICE

I, Christy Comstock, state that I deposited in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing, and additionally emailed the pleading to the following on this 5th day of August 2016:

**<u>Plaintiffs' Counsel</u>**
Mr. Phil Votaw
Phil Votaw & Associates
9 North 9th Street
Fort Smith, AR 72901

*Christy Comstock*
Christy Comstock