**Form for Notice and Acknowledgment for Service by Mail under Ark. R. Civ. P. 4(d)(8)(B)**

**NOTICE**

To: Michael G. Glazier
49th W. Avenue & Standard St.
Kiefer, OK 74137

A lawsuit captioned ***Travis Mullis v Linda Bilby and Glazier Trucking, Inc.*** has been filed in the Circuit Court of Sebastian County, Arkansas.

The enclosed Summons and Complaint are served on you in accordance with Rule 4(d)(8)(B) of the Arkansas Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within (20) days. If you do not do so, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within the time specified in the summons. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, partnership, limited liability company, unincorporated association, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and are authorized to receive service, you must indicate under your signature your authority.

As the sender of this Notice and Acknowledgment of Receipt of Summons and Complaint, I declare under penalty of perjury that it is being mailed on: July 7, 2016

SENDER'S ADDRESS:

________________________

EXHIBIT A

Phil Votaw, ABA #2000163
PHIL VOTAW & ASSOCIATES
9 North 9th Street
Fort Smith, AR 72903
July 7, 2016

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the lawsuit referenced above at: ______________________ [address] on ___________________ [date].

________________________________
[Signature]

________________________________
[Printed Name]

________________________________
[Relationship to Entity / Authority to Receive Service]

________________________________
[Date of Signature]

**IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS**
**CIVIL DIVISION**

FILED CRAWFORD COUNTY CIRCUIT CLERK

2016 JUL -7 AM 8:12

BY

TRAVIS MULLIS PLAINTIFF

v. CASE NO. 17CV-16-309 II

LINDA BILBY
and
GLAZIER TRUCKING, INC. DEFENDANT(S)

**COMPLAINT**

COMES NOW, the Plaintiff, Travis Mullis, by and through his attorney, Phil Votaw, of Phil Votaw & Associates, and for this cause of action against the Defendant(s), Linda Bilby, and Glazier Trucking, Inc., and states:

1. That the collision, described below, occurred in Crawford County, Arkansas, and that jurisdiction and venue are proper.

2. That on March 29, 2014, in Van Buren, AR on Interstate 540 South and at the intersection with Exit 7 Ramp, coming from Interstate 40 East, Defendant, Linda Bilby, while driving her vehicle in a careless and negligent manner, failed to slow down or stop before violently colliding with Plaintiff's vehicle.

3. Defendant, Linda Bilby, is a resident of Montgomery County, Kansas, and resides at 1000 West 1st Street, Coffeyville, Kansas 67337.

4. Defendant, Glazier Trucking, Inc., is a business entity doing business in Creek County, Oklahoma, 14418 South 49th Avenue, Kiefer, Oklahoma 74041 and whose registered agent is in Creek County, Oklahoma.

5. That the Defendant, Linda Bilby, operated her vehicle in a negligent manner in that she:

(a) Failed to keep a proper lookout;

(b) Failed to keep her vehicle under control;

(c) Generally failed to act as a reasonably careful and prudent person would have acted under the circumstances and failed to appreciate the great risk of harm her actions would probably have upon the property and persons of the Plaintiff;

(d) Operated her vehicle in a reckless and careless manner;

(e) Committed other unspecified acts of negligence to be set forth upon completion of discovery.

6. That separate Defendant, Glazier Trucking, Inc., is liable to the Plaintiff for injuries he sustained when Defendant, Linda Bilby, struck the Plaintiff while in the scope of her employment. Thus via *respondent superior*, Defendant, Glazier Trucking, Inc., is also guilty of negligence. Additionally, Glazier Trucking, Inc., is guilty of negligently hiring and/or retaining Defendant, Linda Bilby, as an unsafe driver, as well as other unspecified acts of negligence to be listed upon completion of discovery.

7. That as a direct and proximate consequence of the negligent acts of the Defendants, the Plaintiff has sustained serious injuries, has endured pain and suffering in the past and will experience pain and suffering in the future; has undergone medical care and treatment and will certainly continue to undergo medical care and treatment in the future as a result of his injuries; has incurred medical expenses in the past and will certainly continue incurring medical expenses in the future; all to his detriment, any and all other damages to which Plaintiff is entitled to under the law, in an amount to be determined by a jury.

WHEREFORE, the Plaintiff prays that he be entitled to compensatory and punitive damages against the Defendant in an amount to be determined by a jury, and that he be entitled to the costs of pursuing this action, and for all other just, proper and legal relief to which this Court deems fit.

**PLAINTIFF DEMANDS TRIAL BY JURY. ATTORNEY LIEN CLAIMED.**

PHIL VOTAW & ASSOCIATES

Phil Votaw, ABA #2000163
9 North 9th Street
Fort Smith, AR 72901
479.434.6200 *Telephone*
479.649.9700 *Fax*
phil@votawlaw.com

THE CIRCUIT COURT OF Crawford COUNTY, ARKANSAS

Civil DIVISION [Civil, Probate, etc.]

Travis Mullis

Plaintiff

v. No. 17CV-16 309 II

Linda Bilby and Glazier Trucking, Inc.

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Linda Bilby [Defendant's name and address.]

1000 West 1st St., Coffeyville, Kansas 67337

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Phil Votaw, 9 North 9th Street, Fort Smith, AR 72901

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office

300 Main St #22

Van Buren, AR 72956

SHARON BLOUNT-BAKER
CRAWFORD COUNTY CIRCUIT CLERK

Brittney Jenkins, D.C.

[Signature of Clerk or Deputy Clerk]

Date: 7/5/16

SEAL OF THE CIRCUIT CLERK CRAWFORD COUNTY, AR

[SEAL]

ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2016-Aug-01 15:26:11
17CV-16-309
C12D02 : 5 Pages

**IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS**
**CIVIL DIVISION**

TRAVIS MULLIS PLAINTIFF

v. CASE NO. 17 CV 16-309 (II)

LINDA BILBY
and
GLAZIER TRUCKING, INC. DEFENDANT(S)

**AFFIDAVIT OF SERVICE**

I, Phil Votaw, of Phil Votaw & Associates and attorney for the Plaintiff, Travis Mullis, who after being duly sworn, states that on the 12th day of July, 2016, the Complaint and enclosed Summons were served upon the Defendant.

I, declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

PHIL VOTAW & ASSOCIATES

Phil Votaw, ABA #2000163
9 North 9th Street
Fort Smith, AR 72901
479.434.6200 Telephone
479.649.9700 Facsimile
phil@votawlaw.com

## ACKNOWLEDGEMENT

The Attorney of Record, being first duly sworn under oath, states that he has read and subscribed to the above and affirms that the information contained therein is true and correct of his own knowledge, information and belief.

STATE OF ARKANSAS )
):
COUNTY OF SEBASTIAN )

Subscribed to before me this 26 day of July, 2016.

Janice Johnson
Notary Public

My commission expires: 6-4-2024

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of this pleading was served to the Defendant, on this 26th day, of July 2016, by electronic mailing to:

christy@everettfirm.com
Christy Comstock
Everett, Wales & Comstock
1944 E. Joyce Blvd.
Fayetteville, AR 72703

Phil Votaw

THE CIRCUIT COURT OF Crawford COUNTY, ARKANSAS

Civil DIVISION [Civil, Probate, etc.]

Travis Mullis

Plaintiff

v.

No. 17CV-14-309 II

Linda Bilby and Glazier Trucking, Inc.

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Linda Bilby [Defendant's name and address.]

1000 West 1st St., Coffeyville, Kansas 67337

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Phil Votaw, 9 North 9th Street, Fort Smith, AR 72901

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

SHARON BLOUNT-BAKER
CRAWFORD COUNTY CIRCUIT CLERK

Address of Clerk's Office

300 Main St #22

Van Buren, AR 72956

Brittney Jensen
[Signature of Clerk or Deputy Clerk]

Date: 7/7/14

[SEAL]

SEAL OF THE CIRCUIT CLERK CRAWFORD COUNTY, AR

ORIGINAL
RETURN TO CLERK
CRAWFORD CO.

5359
7/12/16

**No.** ______ **This summons is for** Linda Bixby ______ ***(name of Defendant).***

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at ______________ [place] on ______________ [date]; or

☐ I left the summons and complaint in the proximity of the individual by ______________ after he/she refused to receive it when I offered it to him/her; or

☑ I left the summons and complaint at the individual's dwelling house or usual place of abode at 1000 W. 1st [address] with Pamela Gleason - Daughter [name], a person at least 14 years of age who resides there, on 7/12 [date]; or

☐ I delivered the summons and complaint to ______________ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of ______________ [name of defendant] on ______________ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: ______________

☐ I was unable to execute service because: ______________

______________

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: 7/12/16

SHERIFF OF MG COUNTY, ~~ARKANSAS~~ KANSAS

By: ____________
[Signature of server]

Ralph Jones # 25 Deputy
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: ____________

By: ____________
[Signature of server]

____________
[Printed name]

Address: ____________

____________

Phone: ____________

Subscribed and sworn to before me this date: ____________

____________
Notary Public

My commission expires: ____________

Additional information regarding service or attempted service:

____________

____________

ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2016-Aug-01 15:26:11
17CV-16-309
C21D02 : 4 Pages

**IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS**
**CIVIL DIVISION**

TRAVIS MULLIS PLAINTIFF

v. CASE NO. 17 CV 16-309 (II)

LINDA BILBY
and
GLAZIER TRUCKING, INC. DEFENDANT(S)

**AFFIDAVIT OF SERVICE**

The undersigned, having been duly sworn, states upon oath and affirmation as follows:

1. That I am the attorney for record for the Plaintiff in the above captioned matter.

2. That on July 8, 2016, I caused a certified letter, delivery to addressee only, to be mailed to the Defendant, Glazier Trucking, Inc., to the address of its registered agent, along with copies of the Complaint and Summons.

3. The certified letter was signed and received for by the registered agent on, July 11, 2016.

IN WITNESS WHERETO, I have set my hand this 26th day of July, 2016.

Phil Votaw, ABA #2000163
*Attorney for the Plaintiff*

## ACKNOWLEDGEMENT

STATE OF ARKANSAS )
:
COUNTY OF SEBASTIAN )

The Attorney of Record, being first duly sworn under oath, states that he has read and subscribed to the above and affirms that the information contained therein is true and correct of his own knowledge, information and belief.

SUBSCRIBED AND SWORN TO before me this 26th day of July, 2016.

Janise Johnson
Notary Public

My Commission Expires: 6-4-2024

OFFICIAL SEAL
L. JANISE JOHNSON
SEBASTIAN COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires 6-4-2024
Commission No. 12400195

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of this pleading was served to the Defendant, on this 26th day, of July 2016, by electronic mailing to:

christy@everettfirm.com
Christy Comstock
Everett, Wales & Comstock
1944 E. Joyce Blvd.
Fayetteville, AR 72703

Phil Votaw

THE CIRCUIT COURT OF Crawford COUNTY, ARKANSAS

Civil DIVISION [Civil, Probate, etc.]

Travis Mullis

Plaintiff

v.

No. 17CV16-309-II

Linda Bilby and Glazier Trucking, Inc.

Defendant

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Glazier Trucking, Inc. [Defendant's name and address.]

14418 South 49th Ave., Kiefer, OK 74041

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Phil Votaw, 9 North 9th Street, Fort Smith, AR 72901

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

SHARON BLOUNT-BAKER
CRAWFORD COUNTY CIRCUIT CLERK

Address of Clerk's Office

300 Main St #22

Van Buren, AR 72956

Brittney Jensen

[Signature of Clerk or Deputy Clerk]

Date: 7/7/16

SEAL OF THE CIRCUIT CLERK CRAWFORD COUNTY, AR

[SEAL]

**No. ______ This summons is for ______________________________ *(name of Defendant).***

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at ______________ ______________________________[place] on ________________ [date]; or

☐ I left the summons and complaint in the proximity of the individual by ______________ ______________ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at ____________________[address] with ____________________[name], a person at least 14 years of age who resides there, on ________________[date]; or

☐ I delivered the summons and complaint to ________________[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of ________________________[name of defendant] on ________________[date]; or

☑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: ______________________________________________

☐ I was unable to execute service because: ______________________________

My fee is

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Glazier
49th W. Avenue and Standard St.
Kiefer, OK 74137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 7/1/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7011 0470 0003 5495 7319

PS Form 3811, July 2013 Domestic Return Receipt

ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2016-Aug-05 14:14:40
17CV-16-309
C21D02 : 4 Pages

**IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS**
**CIVIL DIVISION**

**TRAVIS MULLIS** **PLAINTIFF**

**vs.** **CASE NO. 17 CV 16-309 (II)**

**LINDA BILBY and**
**GLAZIER TRUCKING, INC.** **DEFENDANTS**

## ANSWER TO COMPLAINT

COME NOW the Defendants, Linda Bilby and Glazier Trucking, Inc., by and through their attorney, Christy Comstock, and for their Answer to the Complaint filed herein state:

1. Separate Defendant Linda Bilby (herein individually referred to as "Bilby") and Separate Defendant Glazier Trucking (herein individually referred to as "Glazier") (collectively referred to as "Defendants") admit that the accident which forms the basis for Plaintiff's Complaint occurred in Crawford County, Arkansas, and admit jurisdiction is proper in the Circuit Courts of Crawford County and is also proper in the United States District Court for the Western District of Arkansas.

2. Separate Defendant Bilby admits that she was involved in an accident on March 29, 2014, but denies the remaining allegations contained in paragraph 2 of the Complaint.

3. Separate Defendant Bilby admits the allegations contained in paragraph 3 of the Complaint, admitting that she is neither a resident or a citizen of the State of Arkansas.

4. Separate Defendant Glazier admits that allegations contained in paragraph 4 of the Complaint, admitting that Glazier is not a resident or a citizen of the State of Arkansas.

5. Admitting that Separate Defendant Bilby was within the course and scope of her employment with Separate Defendant Glazier on March 29, 2014, Defendants deny the remaining allegations contained in paragraph 5 of the Complaint, specifically denying each of the allegations contained in subparagraphs (a) through (e).

6. Admitting that Separate Defendant Bilby was within the course and scope of her employment with Separate Defendant Glazier on March 29, 2014, Defendants deny the remaining allegations contained in paragraph 6 of the Complaint, specifically denying that Separate Defendant Glazier was negligent in the hiring and/or retention of Separate Defendant Bilby.

7. Defendants deny each of the allegations contained in paragraph 7 of the Complaint.

8. Defendants deny that Plaintiff is entitled to recover compensatory and punitive damages as set forth in Plaintiff's Complaint and Wherefore clause.

9. Defendants acknowledge Plaintiffs demand for a jury trial and likewise demand a jury trial in this matter.

10. Defendants deny each and every allegation not specifically admitted herein.

11. Defendants reserve the right to amend their answer as may be required to serve the ends of justice.

## AFFIRMATIVE DEFENSES

COME NOW the Defendants, Linda Bilby and Glazier Trucking, Inc., and in the alternative where necessary, and without waiving Plaintiff's burden to show the contrary, where applicable, would show the Court as follows:

1. Plaintiff has failed to state a claim for ordinary negligence against Separate Defendant Bilby and Plaintiff's complaint against Bilby should be dismissed pursuant to Rule 12(b)(6) of the Arkansas Rules of Civil Procedure for failure to state a claim.

2. Plaintiff has failed to state a claim for relief against Separate Defendant Glazier Trucking, Inc. for negligent hiring and retention and Plaintiff's claim for negligent hiring and retention must be dismissed pursuant to Rule 12(b)(6) of the Arkansas Rules of Civil Procedure for failure to state a claim.

3. Denying that Defendants, or either of them, has any fault or liability for the injuries of Plaintiff, Plaintiff's claim for punitive damages is unconstitutional and must be dismissed as violative of due process and equal protection and contrary to state and federal law including, but not limited to, the Constitution of the State of Arkansas.

4. Denying that Defendants, or either of them, has any fault or liability for the injuries of Plaintiff, Plaintiff's claim for punitive damages must fail as Plaintiff cannot recover the requisite compensatory damages from Defendants, or either of them, under the facts and circumstances of the accident.

5. Denying that Defendants, or any of them, has any fault or liability for the injuries of Plaintiff, Defendants are entitled, by statute and Arkansas law, to bifurcation of the liability and compensatory damage phase and the punitive damage phase of trial.

6. Defendants reserve the right to amend and to plead additional affirmative defenses as may be revealed to exist through the completion of discovery.

7. Defendants further reserve the right to amend to join third party claims and make other amendments required to serve the ends of justice.

Respectfully submitted,

EVERETT, WALES & COMSTOCK
1944 E. Joyce Blvd.
P.O. Box 8370
Fayetteville, AR 72703
(479) 443-0292
(479) 443-0564

By: ______________________
Christy Comstock, AR Bar 92246
christy@everettfirm.com

**CERTIFICATE OF SERVICE**

I, Christy Comstock, state that I deposited in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following on this 5th day of August 2016:

Phil Votaw
Phil Votaw & Associates
9 North 9th Street
Fort Smith, AR 72901

______________________
Christy Comstock