IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVIS MULLIS                                                                                          PLAINTIFF

v.                                         No. 2:16-CV-02191

LINDA BILBY and GLAZIER
TRUCKING, INC.                                                                                     DEFENDANTS

## **ORDER**

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 11). It appears that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the joint motion (Doc. 11) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE